IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06-CV-00795-BNB**
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

APR 26 2006

GREGORY C. LANGHAM
CLERK

EDWARD D. COLLIE #907,

    Applicant,

v.

AL ESTEP, Warden of Fort Lyon Correctional Facility, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

Applicant Edward D. Collie has submitted a Motion for Appointment of Counsel, and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. The documents are in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Applicant also has tendered the $5.00 filing fee. The clerk of the court will be directed to mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the clerk of the court mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. It is

Dockets.Justia.com

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this 24th day of April, 2006.

BY THE COURT:

*[signature]*
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06 - CV - 00795-BNB

Edward D. Collie
Doc#907
Ft. Lyon Corr. Facilty
P.O. Box 1000
Fort Lyon, CO 81038

I hereby certify that I have mailed a copy of the **ORDER and a receipt for full payment of the filing fee** to the above-named individuals on 4-26-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk