IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.  06-cv-00795-PSF-BNB

EDWARD D. COLLIE,

    Applicant,

v.

AL ESTEP, Warden of Fort Lyon Correctional Facility, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

## ORDER ON MAGISTRATE JUDGE RECOMMENDATION DATED JULY 9, 2007

    This matter comes before the Court on the Recommendation of the Magistrate Judge entered on July 9, 2007 (Dkt. # 17) in which he recommends dismissal of applicant's petition for a writ of habeas corpus.  More than 45 days have passed and applicant has filed no objection to the Recommendation of the Magistrate Judge.  For the reasons set forth below, the Recommendation is accepted and the petition is DISMISSED WITH PREJUDICE.

    Following a jury trial, applicant was convicted in state court on theft and conspiracy charges arising from a scheme to defraud homeowners in connection with a landscaping business.  He subsequently pled guilty to four habitual offender counts and was sentenced to a 48-year term in the Department of Corrections.

    Applicant's convictions and sentence were upheld by the Colorado Court of Appeals and his petition for *certiorari* was denied by the Colorado Supreme Court.

He filed a motion for postconviction relief asserting ineffective assistance of counsel, and seeking a proportionality review of his sentence.  The postconviction court denied his claim of ineffective assistance of counsel but reduced his sentence from 48 years to 20 years based on its proportionality review.  Both parties appealed the postconviction rulings.  The Colorado Court of Appeals affirmed the ruling on the denial of the claim for ineffective assistance of counsel, and vacated the ruling on the proportionality review, reinstating the 48 year sentence.  The Colorado Supreme Court denied *certiorari* on October 17, 2005.  Applicant filed his petition for *habeas* relief in this Court on April 26, 2006.

As correctly stated by the Magistrate Judge, applicant asserted six claims for the requested habeas relief, five of which relate to his trial and conviction, and one of which relates to the postconviction proceeding.  In a very detailed and extensive 34-page Recommendation, the Magistrate Judge carefully reviewed and considered each of applicant's six claims.  He found that some of the applicant's claims had not been exhausted in the state court as they had not been raised in his *certiorari* petition to the Colorado Supreme Court.  As to other claims, the Magistrate Judge found no decision by the state court that was contrary to, or involved an unreasonable application of, clearly established federal law as determined by the Supreme Court of the United States; or (2) resulted in a decision that was based on an unreasonable determination of the facts in light of the evidence presented in the state court proceeding, as required by 28 U.S.C. § 2254(d) if a *habeas* petition is to be granted.

Applicant has filed no objection to the Recommendation of the Magistrate Judge and therefore this Court does not review the matter on a *de novo* basis. *See* F.R.Civ.P. 72(b).

After careful review of the Recommendation, the Court finds no clear error in the Recommendation and agrees with the Magistrate Judge that applicant has failed to show a decision by the state court that was contrary to, or involved an unreasonable application of, clearly established federal law as determined by the Supreme Court of the United States; or (2) resulted in a decision that was based on an unreasonable determination of the facts in light of the evidence presented in the state court proceeding, as required by 28 U.S.C. § 2254(d). Nor does the Court find any error in the determination by the Magistrate Judge that applicant failed to exhaust some of his claims.

Accordingly, the Recommendation of the Magistrate Judge is accepted and the applicant's petition for a writ of *habeas corpus* (Dkt. # 2) is DISMISSED WITH PREJUDICE.

DATED: August 28, 2007

BY THE COURT:

 s/Phillip S. Figa
Phillip S. Figa
United States District Judge